■ In the Matter of NATHANIEL JAY, Petitioner, v HAROLD GRAHAM, Superintendent, Auburn Correctional Facility, et al., Respondents. [6 NYS3d 506]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme

Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Mark H. Fandrich, A.J.], entered Feb. 28, 2014) to review a determination of respondents. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]) Present—Scudder, P.J., Centra, Peradotto, Valentino and Whalen, JJ.